

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00253-CV

| | | |
|---|---|---|
| HENRY PEREZ AND WILLIAM LOPEZ, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| | § | of Tarrant County (2015-005958-2) |
| V. | § | June 6, 2019 |
| EULA THOMAS, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Henry Perez and William Lopez shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr